IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-0007-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JAMES RALPH CRADDOCK, | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Consent Motion to Lift Stay and Set Arraignment and Trial [DE-24]. Based on the representations to the court in the Government's motion, with the consent of Defendant and for good cause shown, it hereby is ordered that the stay of the proceedings in this case is lifted, and the arraignment and trial date shall be set for this court's November 28, 2016 term of court. It is further ordered that all pretrial motions are to be filed no later than October 28, 2016, and responses thereto are to be filed no later than November 11, 2016.

The Government represents that the additional time will give the parties a sufficient opportunity to negotiate a potential resolution of the case, and if negotiations are not successful, to prepare for trial in light of the unusual and complex nature of the prosecution, taking into account the exercise of due diligence by both sides. The court finds that any period of delay resulting be excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by the granting of the stay and a continuance of the arraignment and trial outweigh the best interests of the public and Defendant in a speedy trial.

SO ORDERED.

This, the __11__ day of August, 2016.

_____
JAMES C. FOX
Senior United States District Judge